**CRIMINAL COMPLAINT**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Bethany Hanson**<br>DOB: 1986; U.S. Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>20-01574MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about February 13, 2020, at or near Naco, in District of Arizona, **Bethany Hanson** did knowingly and intentionally possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count 2</u>: On or about February 13, 2020, at or near Naco, in District of Arizona, **Bethany Hanson** did knowingly and intentionally possess a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 13, 2020, **Bethany HANSON** presented herself for inspection into the U.S. from the Mexico via the Naco, Arizona Port of Entry as the driver, sole occupant, and registered owner of a 2005 Chrysler Town & Country minivan. The vehicle was referred to secondary inspection where Customs and Border Protection (CBP) officers discovered a non-factory compartments within the interior of the vehicle. After further investigation, CBP officers discovered 108 packages of a green, leafy substance concealed in the compartments. An x-ray scan of the vehicle confirmed the presence of anomalies throughout the interior. A representative sample of the contents of the packages tested positive for the characteristics of marijuana. The total weight of the marijuana was 58.68 kilograms.

During a post-*Miranda* interview, HANSON acknowledged ownership of the vehicle, and stated that she had agreed to transport marijuana from Phoenix back south through the Naco Port of Entry to take into Mexico for $1500; however, she stated that she had not agreed to transport marijuana from Mexico into the U.S. HANSON admitted that the drug trafficking organization (DTO) she worked for had purchased the vehicle for her and arranged for the title and registration to be transferred to her name. HANSON understood that by agreeing to utilize a vehicle to transport narcotics from the U.S. into Mexico, she also took the risk of the DTO utilizing the vehicle to transport narcotics northbound and also had a "feeling" that the DTO would conceal drugs in the vehicle without her knowledge before she left Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>KCH/drh<br>AUTHORIZED AUSA *Kevin Hakala* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>HSI SPECIAL AGENT |
|---|---|

| Sworn to before me and subscribed in my presence. | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 14, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54